UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,                                          :

                Plaintiff,                                       :

    - against -                                                       :         ORDER

FERNANDO PABLO VILLARREAL CANTU,               :         13-CV-8803 (AT)(KNF)
BLANCA B. DE VILLARREAL F/K/A BLANCA
GUADALUPE BALLESTEROS ALMAGUER,
CARNES VI-BA, S.A. DE C.V., EMPACADORA VI-     :
BA, S.A. DE C.V., INTERNACIONAL GRAIN S.A.
DE C.V., SALDAÑA Y GOMEZ GRANOS Y              :
SEMILLAS S.A. DE C.V., CENTRAL DE GRANOS
DE LA LAGUNA S.A. DE C.V., COMPAÑIA            :
GANADERA VI - BA, S.A. DE C.V., and GRANOS
ROLADOS, S.A. DE C.V.,                                              :

                Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held on January 12, 2021, with counsel to the parties who have appeared in the action. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before July 15, 2021;

2. the last date on which to amend pleadings will be February 16, 2021;

3. the last date on which to join additional parties will be February 16, 2021;

4. a telephonic status conference will be held with the parties on June 15, 2021, at 10:00 a.m. The parties shall use dial-in number (888) 557-8511 and enter access code 4862532;

5. any dispositive motion shall be filed on or before August 15, 2021;

6. the response to any such motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court; and

7.   if no dispositive motion is made, the parties shall submit their joint pretrial order to the Court on or before August 15, 2021. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated:  New York, New York
        January 12, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

## INITIAL CONFERENCE QUESTIONNAIRE

8. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

9. Number of depositions by plaintiff(s) of:    parties _____    non-parties _____

10. Number of depositions by defendant(s) of:    parties _____    non-parties _____

11. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party _____    non-party _____

12. Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical
    Date for expert report(s): _____

13. Number of expert witnesses of defendant(s): _____ medical _____ non-medical
    Date for expert report(s): _____

14. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____
    (Note: requests must be served at least 30 days before the discovery deadline)

15. Date for completion of all discovery: _____
    **N.B.  All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

16. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____

17. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

18. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? ____ If yes, please provide a short statement of the limitation(s) needed.

19. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? ____ If yes, please provide a short statement of the issue(s).

Date:                                                                    Date:

_____                    _____
Signature of *Pro Se* Plaintiff or                          Signature of Counsel to Defendant(s)
Counsel to Plaintiff(s)