UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

FERNANDO PABLO VILLARREAL CANTU, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/29/2021__

13 Civ. 8803 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant Granos Rolados, S.A. de C.V.'s, motion for summary judgment. ECF No. 57. The motion is DENIED without prejudice to renewal. Defendant is directed to comply with the Court's Individual Practices in Civil Cases III.C.

    The Clerk of Court is directed to terminate the motion at ECF No. 57.

    SO ORDERED.

Dated: March 29, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge